Recpt. 152208

# DIVIDENDS REMITTED TO THE COURT
Check Number 116 Dated 04/13/11
Case Number 10-17266 - ZARACK SR., RONALD

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for World Financial Network National Bank As Giant Eagle PO Box 248872 Oklahoma City, OK 73124-8872 7550 | 000002 | 100.00 | 1.75 CK 116 |
| Roll Off, Inc 606 Hidden Harbor Drive Fiarport Harbor, OH 44077 | 000010 | 220.00 | 3.85 CK 116 |
| ---------- Remittance Total ---------- | | 320.00 | 5.60 |

DAVIS, STEVEN S., Trustee

FILED 11 APR 14 PH 3:46 US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND